IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOLEEN YOUNGERS,

    Plaintiff,

v.                                                                       No. CV 20-686 JCH/CG

BHC MESILLA VALLEY
HOSPITAL, LLC., et al.,

    Defendants.

## ORDER VACATING INITIAL SCHEDULING ORDER
## AND RULE 16 HEARING

**THIS MATTER** is before the Court on notice that this case has been reassigned.

**IT IS THEREFORE ORDERED** that the Rule 16 Scheduling Conference and all associated deadlines set forth in the Court's *Scheduling Order*, (Doc. 12), are hereby **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE