# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JOLEEN YOUNGERS, as Personal
Representative of the Wrongful Death Estate of
Deven Chavez, and C.C., a minor child,

    Plaintiffs,

v.

Case No.: 1:20-cv-00686-JCH-LF

BHC MESILLA VALLEY HOSPITAL, LLC,
SANJOY BANIK, M.D., and JOHN DOES 1-10,

    Defendants.

## AMENDED SCHEDULING ORDER

THIS MATTER came before the Court for a scheduling conference on June 24, 2021. Following discussion with counsel, the Court amends its previous Order Adopting Joint Status Report (ECF No. 21) and its Order Granting Plaintiff's Unopposed Motion to Extend Expert Disclosure Deadlines (ECF No. 42).

The Court sets the following amended Case Management Deadlines:

| | | |
|---|---|---|
| A. | Plaintiff's Rule 26(a)(2) expert reports, limited to those experts already disclosed: | August 30, 2021 |
| B. | Defendant's Rule 26(a)(2) expert disclosure: | October 4, 2021 |
| C. | Termination date for discovery: | December 17, 2021 |
| D. | Motions relating to discovery to be filed by: | January 21, 2022 |

  E. Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by:        January 31, 2022

  F. Proposed Pretrial Order: Plaintiff to Defendant by: February 11, 2022

               Defendant to Court by: February 25, 2022

  All other deadlines remain as previously set. Any extension of the case management deadlines must be approved by the Court. Any requests for additional discovery must be submitted to the Court by motion prior to the expiration of the discovery deadline.

  **IT IS SO ORDERED.**

Dated: July 2, 2021.

                   _____
                   Laura Fashing
                   United States Magistrate Judge

**APPROVED BY:**

*s/ Samuel I. Kane*
For Plaintiffs

*s/ Hays C. Doan*
For Defendant BHC Mesilla Valley Hospital, LLC

*s/ Jacqueline A. Olexy*
For Defendant Sanjoy Banik, M.D.